UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Viktor Novosel

        v.                                                  Civil No. 09-cv-164-JL

NH Department of Corrections, Commissioner

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated June 11, 2009, no objection having been filed.

SO ORDERED.

July 10, 2009

_____
Joseph N. Laplante
United States District Judge

cc:    Viktor Novosel, Pro se